IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE JOHN MARSHALL,

    Plaintiff,

  v.

CITY OF BERKELEY, et al.,

    Defendants.

  /

No. C 14-03203 WHA

**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

    Plaintiff Andre John Marshall is currently fourteen years old (Dkt. No. 16). His mother, Margaret Savage, has filed a petition for appointment of guardian ad litem. The petition is **GRANTED**. Margaret Savage is hereby appointed guardian ad litem for her son to proceed in this action.

    **IT IS SO ORDERED.**

Dated: September 2, 2014.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE