IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE JOHN MARSHALL,

    Plaintiff,

v.

CITY OF BERKELEY, a governmental entity, CHIEF MICHAEL K. MEEHAN, individually and in his capacity as Chief of Police for City of Berkeley, TIM GARDNER, individually and in his official capacity as police officer, and DOES 1–25,

    Defendants.

    /

No. C 14-03203 WHA

**ORDER SETTING DISCOVERY HEARING**

    Pursuant to defendant's letter of July 9, 2015, concerning a discovery dispute, the Court **SETS** a two-hour meet-and-confer in the Court's jury room starting from **1:00 P.M. AND CONTINUING TO 3:00 P.M. ON MONDAY, JULY 13, 2015**. At **3:00 P.M.**, the Court shall hear any remaining issue(s) in Courtroom 8. Plaintiff's response is due by 9:00 a.m. on July 13.

    Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: July 9, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE