IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE JOHN MARSHALL,

    Plaintiff,

v.

CITY OF BERKELEY, a governmental entity, CHIEF MICHAEL K. MEEHAN, individually and in his capacity as Chief of Police for City of Berkeley, TIM GARDNER, individually and in his official capacity as police officer, and DOES 1–25,

    Defendants.

No. C 14-03203 WHA

**ORDER RESETTING DISCOVERY HEARING**

The meet-and-confer referenced in the Court's order of July 9 is hereby **RESET** to **MONDAY, JULY 20, 2015, STARTING FROM 12:00 P.M. AND CONTINUING TO 2:00 P.M.** in the Court's jury room in the federal courthouse. At **2:00 P.M.**, the Court shall hear any remaining discovery issue(s) in Courtroom 8. Plaintiff's response is due by noon on July 14.

Again, please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: July 10, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE