IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE JOHN MARSHALL, a minor by an through Margaret Savage, his guardian ad litem,

    Plaintiff,

  v.

CITY OF BERKELEY, CHIEF MEEHAN, OFFICER GARDNER, and DOES 1–25,

    Defendants.

No. C 14-03203 WHA

**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL**

The parties have filed a joint request for voluntary dismissal. This action is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: July 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE